```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

JAMES CARTER                                              PLAINTIFF

VS.                           CIVIL ACTION NO. 3:11CV134TSL-MTP

KST TRANSPORT, INC.                                       DEFENDANT

<u>ORDER</u>

This cause is before the court on the magistrate judge's March 21, 2012 report and recommendation which recommended that plaintiff's motion for default judgment be granted. The court, having received no objections and having reviewed the report and recommendation, hereby adopts, as its own opinion, the magistrate judge's report and recommendation with the modification that defendant KST Transport, Inc.'s April 7, 2011 answer will be stricken from the record.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Judge Michael T. Parker entered on or about March 21, 2012, be, and the same is hereby, adopted as the finding of this court. It is further ordered that defendant KST Transport Inc.'s April 7, 2011 answer is stricken from the record and that plaintiff's motion for default judgment is granted.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 17th day of April, 2012.


                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE